# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHEN SOUTH | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| JACK RABBIT USA LLC; | * | NO: 4:16-CV-00633 SWW |
| JACK RABBIT SERVICES LLC; and | * | |
| DAVID HAIN | * | |
| | * | |
| Defendants | * | |

## ORDER of DISMISSAL

Before the Court is the parties' joint motion to dismiss [ECF No. 10], stating that the parties have settled this dispute and requesting that this case be dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own costs.

IT IS SO ORDERED THIS 21st DAY OF FEBRUARY, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE